# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ALBERT F. CULLEN, III | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | Civ. No: 07 CA 10692 RWZ |
| | ) | |
| EDUCATIONAL CREDIT MANAGEMENT CORPORATION | ) | |
| | ) | |
| Defendant | ) | |

## Voluntary Dismissal By Plaintiff

Now comes the Plaintiff, through his undersigned attorney and pursuant to Fed. R. Civ. Pro 41 (a)(1)(i) files this notice of dismissal.

                                        Respectfully Submitted
                                        Albert F. Cullen, III
                                        By His Attorney

                                        **/s/ *Albert F. Cullen, Jr.***
                                        Albert F. Cullen, Jr.
                                        BBO#107900
                                        60 K Street
                                        Boston, MA 02127
June 11, 2007                          (617) 268-2240

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true copy of this Voluntary Dismissal to be served by first class mail postage pre-paid on, on Curtis Zaun, Senior Counsel, ECMC, 101 E 5th St. Ste, 200, St. Paul, MN 55101 this June 11, 2007.

| June 11, 2007 | *Albert F. Cullen, III* |
|---|---|
| Date | Albert F. Cullen, III |